IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:14-cv-86-FL

JACKIE BLUE,

    Plaintiff,

v.

CUMBERLAND COUNTY,

    Defendant.

**STIPULATION OF DISMISSAL**

    COME NOW Counsel for Plaintiff and Counsel for Defendant and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of this action with prejudice.

    This the 24th day of December, 2015.

| | |
|---|---|
| */s/ Christopher D. Lane* | */s/Robert A. Hasty, Jr.* |
| Christopher D. Lane, Esq. | ROBERT A. HASTY, JR. |
| N.C. State Bar No. 20302 | Assistant County Attorney |
| 3802-A Clemmons Rd. | Cumberland County Attorney's Office |
| Clemmons, NC 27012 | N.C. Bar No. 25551 |
| Telephone: 336- 766-0229 | P.O. Box 1829 |
| Facsimile: 336-766-9145 | Fayetteville, NC 28302 |
| Email: cdllaw@juno.com | Telephone: (910) 678-7762 |
| *Attorney for Plaintiff* | Fax: (910) 678-7758 |
| | Email: rhasty@co.cumberland.nc.us |
| | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 24, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Defendant, and I hereby certify that I have mailed the document to the following non- CM/ECF participants: none.

ROBERT A. HASTY, JR.
Assistant County Attorney
Cumberland County Attorney's Office
P.O. Box 1829
Fayetteville, NC 28302
Telephone: (910) 678-7762
Fax: (910) 678-7758
Email: rhasty@co.cumberland.nc.us
*Attorney for Defendant*

    Respectfully submitted,

    /s/ Christopher D. Lane
    Attorney for Plaintiff
    3802-A Clemmons Rd.
    Clemmons, NC 27012
    Telephone: 336- 766-0229
    Facsimile: 336-766-9145
    Email: cdllaw@juno.com
    N.C. State Bar No. 20302